IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CHERRY DE LEON, §
        Plaintiff, §
§
v. §
§ 4:08cv132
AURORA LOAN SERVICES, §
        Defendant. §

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND
ORDER DISMISSING CASE**

    Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 4, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations Plaintiff's case be dismissed.

    Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's claims in this matter are DISMISSED in their entirety.

    All motions by either party not previously ruled on are hereby denied.

    **IT IS SO ORDERED.**

    **SIGNED this 16th day of September, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE